**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    LUCINDA KAY FREEMAN
           AKA: CINDY KAY FREEMAN         CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
            Movant
                              CASE NO:  1-15-04271-HWV

          LUCINDA KAY FREEMAN
          AKA: CINDY KAY FREEMAN

           Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on August 28, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

   - make the regular monthly payments to the trustee during the remaining term of the plan.

      As of August 28, 2019, the Debtor(s) is/are $229.06 in arrears with a plan payment having last been made on Apr 01, 2019

      In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                            Respectfully Submitted,
                            /s/  Liz Joyce
                            for Charles J. DeHart, III, Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA  17036
                            Phone:  (717) 566-6097

Dated: August 28, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   LUCINDA KAY FREEMAN
          AKA: CINDY KAY FREEMAN       CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
          Movant                CASE NO:  1-15-04271-HWV

### <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on August 28, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

DOROTHY L MOTT LAW OFFICE, LLC     SERVED ELECTRONICALLY
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-


LUCINDA KAY FREEMAN          SERVED BY 1ST CLASS MAIL
65 GREENLEA WAY
CHAMBERSBURG, PA 17202


United States Trustee
228 Walnut Street
Suite 1190                   SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.


Dated:  August 28, 2019          Respectfully submitted,
                            <u>Liz Joyce</u>
                            for Charles J. DeHart, III, Trustee
                            Suite A, 8125 Adams Dr.
                            Hummelstown, PA 17036
                            Phone:  (717) 566-6097
                            eMail: dehartstaff@pamd13trustee.com