UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LUCINDA KAY FREEMAN
AKA: CINDY KAY FREEMAN

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-15-04271-HWV

Movant

## WITHDRAWAL OF Certification of Default

AND NOW, on August 29, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Certification of Default filed on or about August 28, 2019 be withdrawn. The Certification of Default was filed in error or was incorrect as filed.

Respectfully Submitted,

s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 29, 2019

IN RE: LUCINDA KAY FREEMAN
AKA: CINDY KAY
FREEMAN

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

LUCINDA KAY FREEMAN
AKA: CINDY KAY FREEMAN

CASE NO: 1-15-04271-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on August 29, 2019.

DOROTHY L MOTT LAW OFFICE, LLC
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA  17101-

Respectfully Submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  August 29, 2019