Voucher manifest below. Please save the following pages for your records.  
Check No. 1217218

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-02159-HWV | 004-0 | MAYA MICHELLE LETTERLOUGH<br>Original Check written to:<br>WORLD CREDIT FUND 111, LLC<br>1200 N ARLINGTON HEIGHTS ROAD<br>SUITE 420<br>ITASCA, IL 60143- | 2533 | 345.38 | 6.54 | 0.00 | 6.54 |
| 15-04271-HWV | 999-0 | LUCINDA KAY FREEMAN<br>Original Check written to:<br>LUCINDA KAY FREEMAN<br>65 GREENLEA WAY<br>CHAMBERSBURG, PA 17202 | | 0.00 | 79.25 | 0.00 | 79.25 |
| 15-04332-RNO | 999-0 | ROSANNA MARIE VANDERVORT<br>Original Check written to:<br>ROSANNA MARIE VANDERVORT<br>48 KENSINGTON MANOR<br>MIDDLETOWN, NY 10941- | | 0.00 | 19.04 | 0.00 | 19.04 |
| 15-04348-RNO | 999-0 | MARYLOU E. COLBASSANI<br>Original Check written to:<br>MARYLOU E. COLBASSANI<br>1056 ALBRIGHT AVE.<br>SCRANTON, PA 18508 | | 0.00 | 18.91 | 0.00 | 18.91 |
| 17-03921-HWV | 010-0 | REGINA MARIE RODEN-REYNOLDS<br>Original Check written to:<br>TRANE USA, INC<br>WILLIAM ADLER, ESQUIRE<br>4949 DEVONSHIRE ROAD<br>HARRISBURG, PA 17109- | 2017-CV-3820-CV | 24,078.72 | 35.12 | 0.00 | 35.12 |
| 18-02454-HWV | 999-0 | KEVIN A. KREBS<br>Original Check written to:<br>KEVIN A. KREBS<br>4144 KREBS ROAD<br>GLEN ROCK, PA 17327 | | 0.00 | 2,327.50 | 0.00 | 2,327.50 |