```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 15-04271-HWV
Lucinda Kay Freeman                                             Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1     User: AutoDocke          Page 1 of 1             Date Rcvd: Jul 21, 2020
                         Form ID: fnldecnd        Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
```
db              +Lucinda Kay Freeman,    65 Greenlea Way,    Chambersburg, PA 17202-4462
4745152         +First Tennessee Bank National Association,    Nationstar Mortgage LLC,    P.O. Box 619096,
                  Dallas, TX 75261-9096
4704137         +MODERN HOME APPLIANCE CO,    301 SOUTH MAIN STREET,    CHAMBERSBURG, PA 17201-3597
4704138        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    NATIONSTAR MORTGAGE,    350 HIGHLAND DRIVE,    LEWISVILLE, TX 75067)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4704134         +E-mail/Text: dehartstaff@pamd13trustee.com Jul 21 2020 19:27:43      CHARLES J DEHART, III, ESQ.,
                  8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4704135          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2020 19:27:34      COMM OF PA DEPT OF REVENUE,
                  BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4704136          E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 21 2020 19:27:26      INTERNAL REVENUE SERVICE - CIO,
                  PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4704139         +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 21 2020 19:27:20
                  UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                  651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4704140         +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 21 2020 19:27:20      UNEMPLOYMENT COMP TAX MATTERS,
                  HARRISBURG CASES - OFF OF CHIEF COUNSEL,    DEPT OF LABOR & INDUSTRY,
                  651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Lucinda Kay Freeman DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor    First Tennessee Bank National Association
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    First Tennessee Bank National Association
               josh.goldman@padgettlawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lucinda Kay Freeman, <br> aka Cindy Kay Freeman, | Chapter 13 |
| **Debtor 1** | Case No. 1:15–bk–04271–HWV |

Social Security No.: xxx–xx–4199

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Lucinda Kay Freeman** in accordance with §1328 of the Bankruptcy Code.

Dated: July 21, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (05/18)